**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**ANDRA WATSON**                                                                 **PLAINTIFF**

**v.**                                                 **4:09CV0660-WRW**

**AFCO STEEL, LLC**                                                          **DEFENDANT**

### JUDGMENT

Based on the Order entered today granting Defendant's Motion for Summary Judgment,

this case is DISMISSED.

IT IS SO ADJUDGED this 13th day of October, 2010.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE
